■ In the Matter of JAMES E. MALPHRUS, Petitioner, v STATE OF NEW YORK DEPARTMENT OF MOTOR VEHICLES, Respondent. [595 NYS2d 695] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Motor Vehicles which revoked petitioner's dealership registration.

The evidence adduced at the hearing was of such quality and quantity as to give rise to a reasonable and logical

inference that petitioner improperly used dealer plates on two of his taxis in violation of Vehicle and Traffic Law § 415 (8) *(see, Matter of Lyon Coram Auto Body v New York State Dept. of Motor Vehicles,* 147 AD2d 564). Inasmuch as the determination of the Commissioner of Motor Vehicles was supported by substantial evidence, it must be upheld *(see, Matter of Shaw v Passidomo,* 123 AD2d 768). Petitioner's claim that he did not operate his taxis for hire but was merely providing free taxi service to the community created a factual issue which the Administrative Law Judge was free to resolve against him *(see, Matter of Halstead v Adduci,* 125 AD2d 846).

Levine, J. P., Mercure, Mahoney, Casey and Harvey, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.